

# United States Department of Justice

United States Attorney
Western District of Texas

---

*Robert Shaw-Meadow*
*Assistant United States Attorney*

*601 N. W. Loop 410, Suite 600*
*San Antonio, Texas 78216*

*Telephone: (210) 384-7355*
*Facsimile: (210) 384-7312*

March 10, 2015

Jeremiah Trombly
366 Luther Lane
Pipe Creek, Texas 78063

> Re: Jeremiah Trombly v. Department of the Air Force
> Fourth Court of Appeals - San Antonio Texas
> No. 04-14-00729-CV
> From the 198th Judicial District Court, Bandera County Texas
> Trial Court No. CV-14-0000304 Honorable M. Rex Emerson, Judge Presiding

Dear Mr. Trombly:

On February 4, 2015, Appellee filed their brief and mailed you a copy by certified mail, return receipt. On March 9, 2015, the copy we certified mailed to you was returned to our office unclaimed from the United States Post Office. I have enclosed the accepted copy by the 4th Court of Appeals and mailed it to you by regular U.S. mail.

If we need to serve you with any documents in the future, we will do so by regular U.S. mail.

Very truly yours,

RICHARD L. DURBIN, JR.
Acting United States Attorney

By: ROBERT SHAW-MEADOW
Assistant United States Attorney

cc:
Luz Estrada
Deputy Clerk
Fourth Court of Appeals District
300 Dolorosa, Suite 3200
San Antonio, Texas 78205-3037

**U.S. Department of Justice**

*United States Attorney*
*Western District of Texas*
*601 N.W. Loop 410, Suite 600*
*San Antonio, Texas 78216*

Official Business
Penalty for Private Use $300

SAN ANTONIO
TX 780
11 MAR '15
PM 4 L



★ ★ ★
U.S. OFFICIAL MAIL  *US POSTAGE*
PENALTY FOR
PRIVATE USE  **$ 00.48**
$300
FP ★ ★ ★  **1STCLASS RTL**
Mailed From 78216
03/10/2015
031A 0005510038

Luz Estrada
Deputy Clerk
Fourth Court of Appeals District
300 Dolorosa, Suite 3200
San Antonio, Texas 78205-3037

7820530379